

## IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-14-00129-CR
### No. 10-14-00130-CR
### No. 10-14-00131-CR

**TERRANCE BERNARD HENRY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court Nos. 10-03633-CRF-272,**
**10-03634-CRF-272 and 10-03635-CRF-272**

## MEMORANDUM OPINION

Appellant has filed motions to dismiss his appeals. *See* TEX. R. APP. P. 42.2(a).

We have not issued a decision in these appeals, and Appellant personally signed the

motions.

The motions are granted, and the appeals are dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed November 6, 2014
Do not publish
[CR25]

